UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States

    v.                                            Civil No. 10-cv-065-LM

Randall Radkay, et al.

**O R D E R**

On today's date, a preliminary pretrial conference was held in this case.  The following attorneys appeared telephonically: Austin Furman for the government; Terrie Harman for Randall Radkay and Second Eastern Corporation; and Joshua Shakun for Fifth Third Bank Corporation.  Although Mr. Shakun was not present for the parties' Rule 26(f) conference, he indicated agreement with the proposed Joint Discovery Plan (document no. 18).  The court approves the proposed Joint Discovery Plan (document no. 18) with the following amendments:

    **Trial Date:**  Thursday, March 31, 2011.

    **Challenges to Expert Testimony:**  Due no later than February 10, 2011.

    **Motions to Dismiss (under Fed. R. Civ. P. 12(b)(6)):**  Due no later than November 1, 2010.

    **Motions for Summary Judgment:**  Due no later than January 25, 2011.

The parties concurred with respect to each of the aforementioned amendments.  The parties further agreed to a court-conducted mediation before Magistrate Judge Lynch, which will take place at this court on November 3, 2010, at 9:30 a.m.  An order relative to the mediation will be separately issued by the court

_____
Landya B. McCafferty
United States Magistrate Judge

Date: September 1, 2010

cc:   Austin L. Furman, Esq.
      Terrie L. Harman, sq.
      Joshua D. Shakun, Esq.
      Nancy J. Smith, Esq.